## UNITED STATES of America, Plaintiff–Appellee

v.

## Tony MOSLEY, Defendant–Appellant.

### No. 09–11002
### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 20, 2010.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, William Ernest Hermesmeyer, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Tony Mosley, Three Rivers, TX, pro se.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Tony Mosley has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mosley has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's mo-

---

tion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under